

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MW/SK  
F. #2015R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2015

By Hand and ECF

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Ali Saleh
             Criminal Docket No. 15-517 (WFK)

Dear Judge Kuntz:

      The parties appeared for a status conference on November 3, 2015 in the above-referenced case. Since that day, the parties have engaged in good faith negotiations regarding the entry of a protective order governing the use of sensitive discovery materials. The parties have reached an impasse, and, for the reasons stated in the enclosed memorandum of law, the government respectfully requests that the Court enter the government's proposed protective order.

                        Respectfully submitted,

                        ROBERT L. CAPERS
                        United States Attorney

     By:   /s/ Melody Wells
               Melody Wells
               Saritha Komatireddy
               Assistant U.S. Attorneys
               (718) 254-6422/6054

cc:    Susan Kellman, Esq. (by ECF)
       Clerk of the Court (WFK) (by ECF)