# Law Offices of Susan G. Kellman

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 7, 2016

**VIA ECF and EMAIL**
Hon. William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                        Re:    *U.S. v. Ali Saleh*
                                15 Cr. 517 (WFK)

Dear Judge Kuntz:

      This letter motion is filed to request a slight adjustment to the schedule of the next status conference in the above-referenced matter.

      Currently, we are scheduled to appear before the Court on Wednesday, January 20 at 11am. Because we have had difficulty scheduling Mr. Saleh's evaluation with Dr. Xenakis, the doctor who the Court appointed to conduct Mr. Saleh's psychiatric evaluation, we were hoping that it might be possible to move Mr. Saleh's status conference until Thursday, January 21, 2016.  This change will accommodate Dr. Xenakis' conflicts and save considerable CJA funds, because it will obviate the need for Dr. Xenakis to return to New York in order to conduct his evaluation of Mr. Saleh. I have discussed this request with government counsel and they do not object to this adjustment, with the caveat that the conference be held anytime in the afternoon on that date.

      Accordingly, counsel respectfully requests that the status conference scheduled for January 20th at 11am be re-scheduled until January 21st after 1pm.

      The Court's consideration of this matter is greatly appreciated.

                                        Respectfully submitted,

                                        /s/

                                        Susan G. Kellman

cc:    All Counsel via email

       Ali Saleh