

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MW/SK  
F. #2015R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 29, 2016

SENSITIVE DISCOVERY MATERIALS

By FedEx and ECF

Susan G. Kellman  
25 Eighth Avenue  
Brooklyn, NY 11217  
718-783-8200  
718-783-8226 (fax)  
sgk@kellmanesq.com

         Re:    United States v. Ali Saleh  
                 Criminal Docket No. 15-517 (WFK)

Dear Ms. Kellman:

      Enclosed with this letter are a disc and a hard drive containing discovery in the above-referenced matter. Certain of the enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order"). Materials designated SENSITIVE DISCOVERY MATERIALS must be handled as provided in the Order. The government also requests reciprocal discovery from the defendant.

      The enclosed hard drive, designated SENSITIVE DISCOVERY MATERIAL and bearing Bates number 000015179, contains imaged copies of the following electronic devices:

| File Number | Description |
|---|---|
| 1B3 | One blue cellphone, model studio G IMEI: 359015061122425423 |
| 1B4 | One Go Pro video camera |
| 1B6 | 10 micro thumb drives |
| 1B8 | One Samsung Galaxy camera |
| 1B10 | Three thumb drives and one CD |

| | |
|---|---|
| 1B12 | One Verizon 4G cell phone |
| 1B13 | One Iphone |
| 1B14 | One thumb drive |
| 1B15 | One black tablet |
| 1B16 | One black Thinkpad |
| 1B20 | One Ipad Macbook Air |
| 1B21 | One Samsung cell phone |
| 1B24 | Black & gray flip-style LG cell phone. |
| 1B28 | Black TOMTOM GPS. |
| 1B32 | Black thumb drive, Kingston DataTraveler 100 G3 |

In addition, the following materials are contained on the enclosed disc:

| Item | Bates Number/Identifier |
|---|---|
| Report and notes containing statements of the defendant | SENSITIVE DISCOVERY MATERIALS 000015180 – 000015186 |
| Photographs of the defendant's car, title and items recovered from the car | SENSITIVE DISCOVERY MATERIALS 000015187 – 000015193 |
| Hotel records | 000015194 – 000015200 |
| Western Union records | SENSITIVE DISCOVERY MATERIALS 000015201 – 000015210 |
| Twitter Records | SENSITIVE DISCOVERY MATERIALS 000015211 – 000017619 |

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:    /s/ Melody Wells
Melody Wells
Saritha Komatireddy
Assistant U.S. Attorneys
(718) 254-6422/6054

Enclosures
cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)