# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Ramon Reyes        **DATE:** 3/2/16

**DOCKET NUMBER:** 15 CR 517 (WFK)   **LOG #:** 11:21 - 11:23

**DEFENDANT'S NAME:** Ali Saleh

✓ Present ___ Not Present ✓ Custody ___ Bail

**DEFENSE COUNSEL:** Susan Kellman

Saritha   ___ Federal Defender ✓ CJA ___ Retained

**A.U.S.A:** Melody Wells   **DEPUTY CLERK:** S Myner

**INTERPRETER:** _____ (Language) _____

____ Hearing held. ____ Hearing adjourned to ____

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type____ Start____ Stop____

____ Order of Speedy Trial entered. Code Type____ Start____ Stop____

____ Defendant's first appearance. ✓ Defendant arraigned on the indictment. Superseding

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment. Superseding

____ Status conference set for ____ @ ____ before Judge ____

**OTHERS:** ____