

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MW/SK
F. #2015R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 22, 2016

SENSITIVE DISCOVERY MATERIALS

By FedEx and ECF

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
718-783-8226 (fax)
sgk@kellmanesq.com

> Re: United States v. Ali Saleh
> Criminal Docket No. 15-517 (WFK)

Dear Ms. Kellman:

Enclosed with this letter is a disc containing discovery in the above-referenced matter.  Certain of the enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order").  Materials designated SENSITIVE DISCOVERY MATERIALS must be handled as provided in the Order. The government also requests reciprocal discovery from the defendant.

The following materials are contained on the enclosed disc:

| Item | Bates Number/Identifier |
|---|---|
| New York Department of Motor Vehicle Record | 000017620 |
| TSA Suspicious Incident Report | SENSITIVE DISCOVERY MATERIALS 000017621 - 000017622 |
| Travel Records | 000017623 - 000017631 |
| Educational Record | 000017632 |

| | |
|---|---|
| Verizon IP address records | SENSITIVE DISCOVERY MATERIALS 000017633 |
| Twitter Records | SENSITIVE DISCOVERY MATERIALS 000017634 - 000017642 |
| Facebook Records | SENSITIVE DISCOVERY MATERIALS 000017643 - 000017654 |
| YouTube Records | SENSITIVE DISCOVERY MATERIALS 000017655 |
| Affidavits in support of applications for search warrants | SENSITIVE DISCOVERY MATERIALS 000017656 – 000017844 |

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Melody Wells
Melody Wells
Saritha Komatireddy
Assistant U.S. Attorneys
(718) 254-6422/6054

Enclosures
cc:   Clerk of the Court (WFK) (by ECF) (without enclosures)