```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NEW YORK

------------------------------X  Docket#
UNITED STATES OF AMERICA,     :  15-cr-00517-WFK-1
                              :
    - versus -                :  U.S. Courthouse
                              :  Brooklyn, New York
ALI SALEH,                    :
               Defendant      :  March 2, 2016
------------------------------X
```

TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
BEFORE THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

**A P P E A R A N C E S:**

| | |
|---|---|
| **For the Government**: | **Robert L. Capers, Esq.** |
| | United States Attorney |
| BY: | **Saritha Komatireddy, Esq.** |
| | Assistant U.S. Attorney |
| | 271 Cadman Plaza East |
| | Brooklyn, New York  11201 |
| **For the Defendant**: | **Susan Gail Kellman, Esq.** |
| | 25 Eighth Avenue |
| | Brooklyn, NY 11217 |
| **Transcription Service**: | **Transcriptions Plus II, Inc.** |
| | 61 Beatrice Avenue |
| | West Islip, New York 11795 |
| | laferrara44@gmail.com |

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

                              Proceedings                           2

1            THE CLERK:  Criminal Cause for Arraignment on
2    the Superseding Indictment, United States v. Ali Saleh,
3    case number 15-cr-517.
4            Counsel?
5            MS. KOMATIREDDY:  Good morning, your Honor.
6            Saritha Komatireddy for the United States.
7            THE COURT:  good morning.
8            MS. KELLMAN:  Good morning, your Honor.
9            Susan Kellman for Mr. Saleh.  We're ready to
10   proceed, your Honor.
11           THE COURT:  Good morning.
12           Mr, Saleh, you're here today because a grand
13   jury has returned an indictment against you charging you
14   with three counts.  Count 1 is attempt to provide
15   material support to a foreign terrorist organization.
16   Count 2 is attempt to provide material support for a
17   foreign terrorist organization and Count 3 is also an
18   attempt to provide material support to a foreign
19   terrorist organization.
20           Have you seen a copy of the indictment, sir?
21           MS. KELLMAN:  He has, your Honor.
22           THE COURT:  You understand the charges pending
23   against you, sir?  Mr. Saleh?
24           THE DEFENDANT:  (No verbal response).
25           THE COURT:  Ms. Kellman, have you discussed

```
                          Proceedings                          3
```

1  this with Mr. Saleh?
2              MS. KELLMAN:  I have, your Honor.
3              THE COURT:  Are you satisfied that he
4  understands the charges pending against him?
5              MS. KELLMAN:  I believe he does, Judge.
6              THE COURT:  Do you want me to read the
7  indictment aloud?
8              MS. KELLMAN:  No, I have read it to him, Judge.
9              THE COURT:  How does he plead to Counts 1, 2
10 and 3, guilty or not guilty?
11             MS. KELLMAN:  Not guilty.
12             THE COURT:  Okay.  This is with Judge Kuntz.
13 Do you have a date for a status conference with him?
14             MS. KELLMAN:  October, yes, we do.
15             THE COURT:  All right.  Is there anything else
16 I can help you with today?
17             MS. KOMATIREDDY:  Not from the government, your
18 Honor.
19             MS. KELLMAN:  No, nothing.  Thank you, Judge.
20             THE COURT:  Thank you.
21             MS. KOMATIREDDY:  Thank you, Judge.
22             THE CLERK:  Thank you.
23                     (Matter concluded)
24                          -oOo-
25

4

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **21st** day of **May**, 2016.

*Linda Ferrara*
Linda Ferrara

CET**D 656
Transcriptions Plus II, Inc