UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X **Docket#**
UNITED STATES OF AMERICA,      : 15-cr-00517-WFK-1
                               :
      - versus -               : U.S. Courthouse
                               : Brooklyn, New York
ALI SALEH,                     :
              Defendant        : November 2, 2015
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
BEFORE THE HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE

**A   P   P   E   A   R   A   N   C   E   S:**

**For the Government**:        **Robert L. Capers, Esq.**
                               United States Attorney

                        BY:    **Saritha Komatireddy, Esq.**
                               Assistant U.S. Attorney
                               271 Cadman Plaza East
                               Brooklyn, New York  11201


**For the Defendant**:         **Susan Gail Kellman, Esq.**
                               25 Eighth Avenue
                               Brooklyn, NY 11217

**Transcription Service**:     **Transcriptions Plus II, Inc.**
                               61 Beatrice Avenue
                               West Islip, New York 11795
                               laferrara44@gmail.com

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

1          THE CLERK: Criminal Cause for Arraignment, case

2   number 15-cr-517, United States v. Ali Saleh.

3          Counsel, your name for the record?

4          MS. KOMATIREDDY:  Good morning, your Honor.

5          Saritha Komatireddy for the United States.

6          MS. KELLMAN:  Good morning, your Honor.

7          Susan Kellman for Ali Saleh.  We're ready to

8   proceed, your Honor.

9          THE COURT:  Good morning.

10          Ms. Kellman, did you receive a copy of the

11  indictment in this matter and did you review that with

12  your client?

13          MS. KELLMAN:  I have, your Honor and we were

14  provided previously with a copy and we went over the copy

15  (indiscernible).

16          THE COURT:  Are you satisfied he understands

17  the charges?

18          MS. KELLMAN:  I am, your Honor.

19          THE COURT:  Mr. Saleh, you are charged with

20  attempting to provide material support and resources to a

21  foreign terrorist organization.

22          Do you understand that?

23          THE DEFENDANT:  Sir?

24          THE COURT:  How --

25          MS. KELLMAN:  He's not always that verbal.

3

                    Proceedings

1           THE COURT:  I'm sorry?

2           MS. KELLMAN:  He's not always that verbal.

3           THE COURT:  Yes, well -- okay.  Did you --

4           MS. KELLMAN:  I read it to him, your Honor, and

5   I discussed it with him and I believe he understands it.

6           THE COURT:  Do you wish to enter a plea of not

7   guilty Mr. Saleh or how do you plead, guilty or not

8   guilty?

9           MS. KELLMAN:  He has no comment.

10          THE COURT:  No comment.  We will enter a plea

11  of not guilty.

12          MS. KOMATIREDDY:  Very well, your Honor.

13          THE COURT:  Has Judge Kuntz scheduled a

14  conference in this matter, Ms. Komatireddy?

15          MS. KOMATIREDDY:  He has, your Honor.  The

16  status conference is scheduled for November 10th at 11

17  a.m. and the parties request an order of excludable delay

18  from today until that day.  Judge Kuntz's chambers also

19  consents.

20          THE COURT:  All right.  I do have an

21  application here to exclude time between today and

22  November 10th.  It's premised on -- that is from the

23  Speedy Trial Act, is premised on the existence of plea

24  negotiations which may resolve this case without the need

25  for a trial.

4

Proceedings

1          And the application appears to be signed by Mr.

2    Saleh.  Did you sign this document, Mr. Saleh?

3          MS. KELLMAN:  Is that your signature?  Your

4    Honor, he signed it here in open court.

5          THE COURT:  He did but if he's not consenting,

6    I am not going to enter an order excluding time.  So if

7    he's not willing to acknowledge that, then I don't have a

8    basis for excluding time under the Speedy Trial Act.  So

9    there's no response here, so I don't even know whether

10   there are really plea negotiations.  I know you're making

11   that representation --

12         MS. KELLMAN:  I am, Judge.

13         THE COURT:  -- Ms. Kellman, but it doesn't

14   sound to me like Mr. Saleh is --

15         MS. KELLMAN:  He has never been shy out of the

16   courtroom, Judge, and I will say he -- I said he is not

17   as shy outside of the courtroom and he and I did discuss

18   the waiver earlier today and I asked him if he would sign

19   the waiver when he came into court indicating his consent

20   and he did read it and signed it in court.

21         THE COURT:  Well, but he's not responding to me

22   and while I have no reason to doubt what you're telling

23   me, I am not comfortable excluding time under Speedy

24   Trial Act on the basis of plea negotiations if Mr. Saleh

25   is not willing to acknowledge.

5

                        Proceedings

 1          MS. KELLMAN:  Understood, Judge.

 2          THE COURT:  So I have declined to enter the

 3  order.

 4          Is there any other matter for us to address

 5  today?

 6          MS. KOMATIREDDY:  Not at this time, your Honor.

 7          MS. KELLMAN:  No, your Honor.

 8          THE COURT:  All right.  We're adjourned.

 9          THE CLERK:  Thank you.

10                  (Matter concluded)

11                      -oOo-

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **21st** day of **May**, 2016.

*Linda Ferrara*
Linda Ferrara

CET**D 656
Transcriptions Plus II, Inc