

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MW
F.#2015R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 18, 2016

<u>By Hand and ECF</u>
The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Ali Saleh
     <u>Criminal Docket No. 15-517 (S-1) (WFK)</u>

Dear Judge Kuntz:

  A status conference in the above-referenced matter is currently scheduled for October 24, 2016. Counsel for both the government and defendant have conflicts on that date, and accordingly the parties jointly request that the status conference be adjourned until the week of November 14, 2016 or a later date convenient for the Court.

  In addition, because the government's motion pursuant to CIPA Section 4 remains pending (Docket Entry 45), and because the case has previously been designated as complex (<u>see</u>, <u>e.g.</u>, Docket Entry 18), the government respectfully requests that the Court exclude time under the Speedy Trial Act from October 24, 2016 through the date of the rescheduled status conference.

  Please do not hesitate to contact us if you have any questions.

            Respectfully submitted,

            ROBERT L. CAPERS
            United States Attorney

      By:   /s/
         Saritha Komatireddy
         Melody Wells
         Assistant U.S. Attorneys
         (718) 254-6054/6422

cc: Susan G. Kellman, Esq. (by ECF)