

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

MW/SK
F. #2015R01313

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 2, 2016

SENSITIVE DISCOVERY MATERIALS

By FedEx and ECF

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
718-783-8226 (fax)
sgk@kellmanesq.com

>       Re:     United States v. Ali Saleh
>               Criminal Docket No. 15-517 (WFK)

Dear Ms. Kellman:

      Enclosed with this letter is a disc containing discovery in the above-referenced matter. Certain of the enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order"). Materials designated SENSITIVE DISCOVERY MATERIALS must be handled as provided in the Order. The government also requests reciprocal discovery from the defendant.

      The following materials are contained on the enclosed disc:

| Item | Bates Number/Identifier |
|---|---|
| Kik records | SENSITIVE DISCOVERY MATERIALS 000017845 - 000017846 |
| Results of a pen register for telephone number (260) 710-0156 | SENSITIVE DISCOVERY MATERIALS 000017847 |
| Bureau of prison records related to the defendant | SENSITIVE DISCOVERY MATERIALS 000017848 - 000017984 |
| Hotmail. records | SENSITIVE DISCOVERY MATERIALS 000017985 - 17990 |
| Social media records | SENSITIVE DISCOVERY MATERIALS 000017991 - 18123 |

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

By:   /s/ Melody Wells
        Melody Wells
        Saritha Komatireddy
        Assistant U.S. Attorneys
        (718) 254-6422/6054

Enclosures
cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)