# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

April 18, 2017

**VIA ECF and E-MAIL**
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    United States v. Ali Saleh
                           15 Cr. 517 (WFK)

Dear Judge Kuntz:

    Counsel was appointed to represent Ali Saleh in the above-referenced matter.

    I write to request a brief adjournment of Mr. Saleh's status conference from Friday, April 21, until Monday, May 15 at 11am. We anticipate that we will have a more complete status report regarding young Mr. Saleh's mental health by May 15, 2017.  I have discussed this request with AUSA Melody Wells and she has no objection. Further, since the Court previously designated this as a complex case, the speedy trial clock poses no obstacle to this request

    Your Honor's kind attention to this matter is appreciated.

                                    Respectfully submitted,

                                    Susan Kellman

cc:    AUSA Melody Wells

       Ali Saleh