UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                 15-CR-517 (WFK)

ALI SALEH,

         Defendant.

- - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

Please take notice that Assistant United States Attorney Margaret Lee from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Margaret Lee
>Assistant United States Attorney
>United States Attorney's Office
>Eastern District of New York
>271 Cadman Plaza East
>Brooklyn, New York 11201-1820
>Tel: (718) 254-6205
>Fax: (718) 254-6076
>Email: Margaret.Lee@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Ms. Lee.

Dated:  Brooklyn, New York
        July 6, 2017

                                        Respectfully submitted,

                                        BRIDGET M. ROHDE
                                        Acting United States Attorney

                                By:     /s/
                                        Margaret Lee
                                        Assistant U.S. Attorney
                                        Tel: (718) 254-6205


cc:     Clerk of the Court (by ECF)