

U.S. Department of Justice

United States Attorney
Eastern District of New York

ML/SK
F.#2015R01313

271 Cadman Plaza East
Brooklyn, New York 11201

July 12, 2017

By Hand and ECF

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ali Saleh
              Criminal Docket No. 15-517 (S-1) (WFK)

Dear Judge Kuntz:

      As discussed at the status conference in the above-referenced matter held on May 15, 2017, the government and the defendant respectfully submit the following proposed schedule for pretrial briefing and deadlines. The parties respectfully request that the Court enter an order approving the proposed schedule outlined below:

- September 15, 2017:    Defense Motions Related to Classified Information and Government and Defense Expert Notices;

- September 29, 2017:    All Other Defense Motions;

- October 20, 2017:    Government Opposition to All Defense Motions;

- October 27, 2017:    Any Defense Reply, Government and Defense Motions in Limine, 404(b) and Jury Instructions;

- November 2, 2017:    Suppression Hearing (if necessary);

- November 10, 2017:    Government and Defense Responses to Motions in Limine;

- November 13, 2017:   Government 3500, Government and Defense Witness Lists, Exhibits, and Proposed Voir Dire;

- November 20, 2017:   Final Pretrial Conference;

- November 27, 2017:   Jury Selection and Trial.

        Respectfully submitted,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:        /s/
        Margaret Lee
        Saritha Komitareddy
        Assistant U.S. Attorney
        (718) 254-7000

cc:   Clerk of the Court (WFK) (by ECF)
      Susan Kellman, Esq. (by ECF)