

U.S. Department of Justice

United States Attorney
Eastern District of New York

ML/SK/PB
F.#2015R01313

271 Cadman Plaza East
Brooklyn, New York 11201

October 26, 2017

By Hand and ECF

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ali Saleh
               Criminal Docket No. 15-517 (S-1) (WFK)

Dear Judge Kuntz:

      Pursuant to the Court's Order dated October 26, 2017, trial in the above-captioned matter has been adjourned to April 3, 2017. The parties respectfully request that the Court enter an order excluding time from November 27, 2017 to April 3, 2017 in the interest of justice. The Court has previously made a finding that the above-captioned matter is complex, and the defendant consents to this exclusion of time. The parties further request that the Court adjourn any existing deadlines for pretrial motions. Finally, the parties request a status conference in December of 2017 in order to set a new schedule regarding motions and jury selection.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:     /s/
      Margaret Lee
      Saritha Komitareddy
      Peter Baldwin
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (WFK) (by ECF)
       Susan Kellman, Esq. (by ECF)