

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F.#2015R01313

271 Cadman Plaza East
Brooklyn, New York 11201

November 27, 2017

<u>By Hand and ECF</u>

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Ali Saleh
     <u>Criminal Docket No. 15-517 (S-1) (WFK)</u>

Dear Judge Kuntz:

  As discussed at the status conference in the above-referenced matter earlier today, the government and the defendant respectfully submit the following proposed schedule for pretrial briefing and deadlines. The parties respectfully request that the Court enter an order approving the proposed schedule outlined below:

- December 15, 2017: Defense Opposition, if any, to the Government's Motion for an Anonymous and Partially-Sequestered Jury; Government and Defense Proposed Jury Questionnaire;

- December 22, 2017: Government Reply to Defense Opposition, if any;

- February 9, 2018: Government and Defense Motions <u>in</u> <u>Limine</u>, 404(b), and Jury Instructions;

- February 23, 2018: Government and Defense Responses to Motions <u>in</u> <u>Limine;</u>

- March 2, 2018: Government 3500; Government and Defense Witness Lists and Exhibits;

- March 12, 2018:         Potential Jurors Fill Out Questionnaires; (without the parties present)

- March 21, 2018:         Final Pretrial Conference (11 a.m.);

- March 26, 2018:         Government and Defense Submit to the Court a List of Agreed-Upon Jury Strikes;

- April 3, 2018:          Jury Selection and Trial.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:    _____/s/_____
Saritha Komatireddy
Margaret E. Lee
Peter W. Baldwin
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of the Court (WFK) (by ECF)
      Susan Kellman, Esq. (by ECF)