

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/MEL/PBW  *271 Cadman Plaza East*
F.#2015R01313  *Brooklyn, New York 11201*

February 21, 2018

SENSITIVE DISCOVERY MATERIALS

By Federal Express
Anthony L. Ricco
20 Vesey Street
Suite 400
New York, NY 10007

      Re:   United States v. Ali Saleh
              Criminal Docket No. 15-517 (S-1) (WFK)

Dear Counsel:

      Please find enclosed additional discovery in the above-referenced matter. Specifically, please find enclosed:

- Photographs of various locations in Fort Wayne, Indiana, Bates numbered 18755 to 18759;

- Photographs taken during the December 8, 2015 search of the defendant's residence in Fort Wayne, Indiana, Bates numbered 18760 to 18771;

- Records from Frontier Communications, Bates numbered 18772 to 18773;

- Records from Google, Bates numbered 18774 to 18778;

- A report containing additional statements made by the defendant on July 29, 2015, Bates numbered 18779 to 18780;

- Records from Kik, Bates numbered 18781 to 18812;

- Records from Microsoft, Bates numbered 18813;

- Records from Western Union, Bates numbered 18814 to 18816;

- Records from Yahoo!, Bates numbered 18817;

- Records from Twitter, Bates numbered 18818 to 18820;

- Records from Facebook, Bates numbered 18821 to 18980;

- Records from 1&1 Internet, Bates numbered 18981 to 18984;

- Records from the Metropolitan Detention Center, including call records and recorded calls, Bates numbered 18985 to 18989;

- Records related to a social media account, Bates numbered 18990 to 18993; and

- A hard drive containing video from a pole camera outside of the defendant's residence in Fort Wayne, Indiana, Bates numbered 18994.

    The enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order").  Materials designated SENSITIVE DISCOVERY MATERIALS must be handled as provided in the Order.  In addition, the government renews its request for reciprocal discovery.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
Saritha Komatireddy
Margaret E. Lee
Peter W. Baldwin
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)