

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/MEL/PBW                                    *271 Cadman Plaza East*
F.#2015R01313                                 *Brooklyn, New York 11201*

March 6, 2018

SENSITIVE DISCOVERY MATERIALS

By Email
Anthony L. Ricco
20 Vesey Street
Suite 400
New York, NY 10007

        Re:    United States v. Ali Saleh
                 Criminal Docket No. 15-517 (S-1) (WFK)

Dear Counsel:

        Please find enclosed additional discovery in the above-referenced matter. Specifically, please find enclosed:

- Travel records, Bates numbered 18995 to 19000;

- Records from the United Kingdom related to one of the defendant's co-conspirators, Bates numbered 19001 to 19048; and

- Records from Twitter, Bates numbered 19049 and 19050.

        The enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order"). Materials designated SENSITIVE DISCOVERY MATERIALS must be handled

as provided in the Order.  In addition, the government renews its request for reciprocal discovery.

                        Very truly yours,

                        RICHARD P. DONOGHUE
                        United States Attorney

By:   /s/
                        Saritha Komatireddy
                        Margaret E. Lee
                        Peter W. Baldwin
                        Assistant U.S. Attorneys
                        (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)