UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        - against -                           Docket No. 15 Cr. 517 (WFK)

ALI SALEH,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**REQUEST FOR A CONTINUANCE**
(*PRE-TRIAL CONFERENCE*)



                                         *Attorney for Ali Saleh*

                                         *Anthony L. Ricco*
                                         ANTHONY L. RICCO, ESQ.
                                         20 Vesey Street, Suite 400
                                         New York, New York 10007
                                         (212) 791-3919
                                         *Tonyricco@aol.com*




Steven Z. Legon, Esq.
Of Counsel

# ANTHONY L. RICCO
ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
———
TEL (212) 791-3919
FAX (212) 791-3940

tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

March 12, 2018

**By E.C.F.**

Hon. William F. Kuntz, II.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***United States v. Ali Saleh***, Docket. No. 15 Cr. 517 (WFK)

Dear Judge Kuntz:

The purpose of this letter is to request a continuance of the pre-trial conference which is presently scheduled for Tuesday, March 13, 2018 at 11:00 a.m.

It is requested that the court continue the above conference to Thursday, May 3, 2018.   This request is made so that newly appointed counsel for Ali Saleh can familiarize himself with the facts, circumstances and legal issues related to the case, to further develop a meaningful attorney client relationship to prepare a defense for trial and/or to pursue the possibility of a disposition of the case by plea agreement with the government.

In addition to the foregoing, the above time period is required so that the psychological evaluation and testing which is presently being conducted at the Metropolitan Correctional Center with Ali Saleh can be completed in a measured, comprehensive manner. Both the government and defense counsel has been advised that it will take at least to the second or third week in April 2018 to complete the psychological testing and to prepare a comprehensive report.

Defense counsel has informed the government prosecutors of Ali Saleh's intention to file an application for a continuance.   The government has no objection to Ali Saleh's request for the continuance for the reasons set forth above.

Finally, Ali Saleh consents to an exclusion of time from the Speedy Trial Act for all time from the date of this application to May 3, 2018 or a later, alternative date for the pre-trial conference based upon the availability of the court's schedule, pursuant to 18 U.S.C. § 3161(h)(7)(a) so that (1) the present psychological evaluation and testing can be completed; (2) new counsel has a meaningful opportunity to review Rule 16 discovery materials and develop a defense; and (3) to provide the defendant an opportunity to pursue a plea disposition of his case by way of a plea agreement with the government.

Respectfully,

*Anthony L. Ricco*

Anthony L. Ricco

cc:   A.U.S.A. Margaret Elizabeth Lee (By E.C.F.)
      A.U.S.A. Saritha Komatireddy (By E.C.F.)
      A.U.S.A. Melody Wells (By E.C.F.)

2