

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/MEL/AM  *271 Cadman Plaza East*
F.#2015R01313  *Brooklyn, New York 11201*

April 24, 2018

SENSITIVE DISCOVERY MATERIALS

By Email
Anthony L. Ricco        Steve Zissou, Esq.
20 Vesey Street         42-40 Bell Boulevard
Suite 400               Suite 302
New York, NY 10007      Bayside, NY 11361

   Re:  United States v. Ali Saleh
      Criminal Docket No. 15-517 (S-1) (WFK)

Dear Counsel:

  Please find enclosed additional discovery in the above-referenced matter. Specifically, please find enclosed records from Amazon, Bates numbered 19103. The enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order"). Materials designated SENSITIVE DISCOVERY MATERIALS must be handled as provided in the Order. The government renews its request for reciprocal discovery.

           Very truly yours,

           RICHARD P. DONOGHUE
           United States Attorney

     By:  /s/
           Saritha Komatireddy
           Margaret E. Lee
           Alexander Mindlin
           Assistant U.S. Attorneys
           (718) 254-7000

Enclosures

cc: Clerk of the Court (WFK) (by ECF) (without enclosures)