U.S.D.J.  William F. Kuntz, II                              DATE: 7/24/2018

## CRIMINAL CAUSE FOR PLEADING

USA v. Saleh      Docket No. 15-cr-517-1   Time: 10:00 A.M   In Court: 42min

Defendant:  Ali Saleh
  X  present  ____ not present   X  custody  ____ bail


Def. Counsel: Anthony Ricco, Steven Zissou, & Michael Bachrach
 X  present  ____ not present   ____RET  ___LAS  X  CJA


AUSA: Saritha Komatireddy & Margaret Lee        Deputy: Andrew Jackson

Court Reporter: David Roy     Interpreter: N/A  Language: English

  X   Case Called
 ____ Defendant's First Appearance
  X   Defendant:  X  Sworn ____ Arraigned  X   Informed of Rights
 ____ Waiver of Indictment Executed for Defendant
 ____ Superseding Indictment/Information Filed
 ____ Bench Warrant Issued:
  X   Defendant Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count(s) 2 & 3
       of the Indictment/Superseding Indictment/Information.
 ____ Defendant Enters a Plea of Guilty to count(s)____  Of ____ the Information.
  X   Court Finds Factual Basis for the Plea
 ____ Sentencing will be set by the Probation Office.
  X   The Probation Office is directed to prepare and file the PSR by  5PM  on 1/24/2019
 ____ Sentencing is scheduled for _____ at _____.
  X   Bail/Bond: ____ Set ____ Continued for Defendant  X  Continued in Custody
 ____ Case Adjourned to ___/___/____ at
  X   Court accepts the Plea of Guilty.
 ____ Transcript Ordered:

Text: The Court admitted into evidence the superseding indictment (court's exhibit one) and the plea agreement (court's exhibit two).