RECEIVED APR 27 2020 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ APR 27 2020 ★ BROOKLYN OFFICE

15-CR-517 (WFK)

To Whom this May Concern:

Respected Judge Kuntz

I Ali, Saleh am writing this letter to inform the Court that I would like to fire My Attorneys due to inefficient Council and denying Me My right of due Process I have not recieved nor have I been allowed to see Most of My discovery [21 CDs].

I feel that My Attorneys did not properly Inform me of My Case And I believe that they do not have My best interest @ heart. I have not Seen or Spoken with any of My [3] Attorneys Since My last Court date of last year June/July 2019! They refuse to answer any of My Phone Calls from prison or My families Phone Calls from home. Finally I have not been informed of any Motions that I have asked them to file.

Resolutions:

• I would like to take back My plea Concerning My Charges of Attempted aiding and Abetting [FTO]

• I would also like to Fire All [3] of My Attorneys and hire a new Lawyer. (My new Attorney will address the Court as Soon as possible)

- See Benjamin v. Frasier 264.3d 175@187 (2d CIR.2001) Due Clause of the 5th Amendment.
- See Davis Goord 320.3d 346,351 (2d CIR.2003)
- ID.; Strickland v. Washington 466 U.S. 668, 686 (1984) (quoting Mcmonn v. Richardson
- , 397 U.S. 759, 771) n.14
- He requires guiding hand of Council at every Step in the proceeding against him
- See (Powell v. State of Alabama 287 U.S. 45, 68-69) (1932)

Ali Saleh 86259-053
Metropolitan Detention Center
MDC Brooklyn NY 11232

Legal Mail
U.S.M.S

Judge Kuntz
225 Cadman Plaza East
Brooklyn NY, 11201

NEW YORK NY 100
22 APR 2020 PM 9 L

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.