UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

**ORDER**
15-CR-517
18-CR-468

ALI SALEH,
              Defendant.
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the August 20, 2020 letter on consent requesting adjournment of the sentencing in the above captioned matter, 15-CR-517, ECF No. 137; 18-CR-468, ECF No. 53. the sentencing currently scheduled for August 25, 2020, is hereby ADJOURNED to Monday, December 7, 2020 at 12:00 Noon in Courtroom 6H North before the Honorable William F. Kuntz, II.

                                                             **SO ORDERED.**

                                                             s/ WFK
                                                             HON. WILLIAM F. KUNTZ, II
                                                             UNITED STATES DISTRICT JUDGE

Dated: August 21, 2020
       Brooklyn, New York