LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
-------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                                                                                  http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                                                                   michael@mbachlaw.com

November 19, 2020

**By ECF and email**

The Hon. William F. Kuntz
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> *Re: United States v. Ali Saleh,*
> *15 Cr. 517 (S-1) (WFK)*
> *18 Cr. 468 (WFK)*

Dear Judge Kuntz:

      Defendant Ali Saleh is presently scheduled to be sentenced on December 7, 2020, at 12:00 p.m., in relation to both of his above-referenced Indictments. After consultation with the Government, the defense writes to respectfully request an adjournment of Mr. Saleh's sentencing hearing in both cases due to the negative impact the COVID-19 public health crisis has had on our ability to complete a mitigation investigation in advance of sentencing. The parties have conferred and the defense proposes, with the Government's consent, that Mr. Saleh's sentencing hearing be adjourned to a date in March 2021, or a date thereafter that is convenient to the Court.

      I have spoken to AUSA Saritha Komatireddy and she has informed me that the Government consents to the instant application.

      Accordingly, Defendant Ali Saleh, by and through counsel, respectfully requests an adjournment of his December 7, 2020 sentencing hearing to a date in **March 2021**, or a date thereafter that is convenient to the Court.

      As always, we thank Your Honor for his time and consideration.

                                                               Respectfully submitted,

                                                              /S/

                                                              Michael K. Bachrach
                                                               Anthony L. Ricco
                                                              Steve Zissou
                                                              *Attorneys for Defendant Ali Saleh*

cc:      All parties of record (by ECF and email)