

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/MEL/AM
F.#2015R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 29, 2021

By USAFx

Michael Bachrach, Esq.
224 West 30th Street
Suite 302
New York, NY 10001

Anthony Ricco, Esq.
20 Vesey Street
Suite 400
New York, NY 10007

Steve Zissou, Esq.
42-40 Bell Boulevard
Suite 302
Bayside, NY 11361

      Re:    United States v. Ali Saleh
                Criminal Docket No. 15-517 (S-1) (WFK)

Dear Counsel:

      Earlier today, the government received records from the Bureau of Prisons related to an October 6, 2021 incident involving the defendant.  The government is transmitting these records to you via the online file sharing system USAFx.  These records

are designated as CONFIDENTIAL — ATTORNEYS' EYES ONLY and are governed by the protective order signed by the parties and entered by the Court earlier today.

          Very truly yours,

          BREON PEACE
          United States Attorney

By:   /s/
          Saritha Komatireddy
          Margaret E. Lee
          Alexander Mindlin
          Assistant U.S. Attorneys
          (718) 254-7000

Enclosures

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)